IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 26-CR-2015 |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | Count 1 |
| | ) |   18 U.S.C. §§ 2252A(a)(2)(A) and |
| DAMON WESLEY POWERS, | ) |   2252A(b)(1):  Receipt of Child |
| | ) |   Pornography |
| Defendant. | ) | |
| | ) | Count 2 |
| | ) |   18 U.S.C. §§ 2252A(a)(5)(B) and |
| | ) |   2252A(b)(2):  Possession of Child |
| | ) |   Pornography |
| | ) | |

The Grand Jury charges:

## Count 1
## Receipt of Child Pornography

Between in or about November 2024 and April 2025, in the Northern District of Iowa and elsewhere, the defendant, DAMON WESLEY POWERS, knowingly received and attempted to receive visual depictions of child pornography, as defined in Title 18, United States Code, Section 2256(8), using a means and facility of interstate and foreign commerce, and said visual depictions having been transported in and affecting interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

## Count 2
## Possession of Child Pornography

Between in or about November 2024 and June 2025, in the Northern District

1

of Iowa and elsewhere, the defendant, DAMON WESLEY POWERS, knowingly possessed and attempted to possess visual depictions of child pornography, as defined in Title 18, United States Code, Section 2256(8), including a depiction involving a prepubescent minor and a minor who had not attained 12 years of age, said visual depictions having been produced using materials that had previously been shipped and transported in and affecting interstate and foreign commerce, namely, a Samsung cell phone that had been manufactured outside the state of Iowa, and said visual depictions having been transported in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

A TRUE BILL

████████████████ 4-7-26

~~Grand Jury Foreperson~~    Date

LEIF OLSON
United States Attorney

By: _[signature]_

DEVRA T. HAKE
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed _4/7/2026_
PAUL DE YOUNG, CLERK

2