IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 26-CR-2015 |
| | ) | |
| vs. | ) | |
| | ) | |
| DAMON WESLEY POWERS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER SEALING INDICTMENT AND WARRANT

For cause, it is

ORDERED

That the Indictment and Warrant in this matter are sealed until the arrest of the defendant.

Dated this _____7th_____ day of __April__, 2026.

_____
MARK A. ROBERTS
U.S. Magistrate Judge
Northern District of Iowa