# UNITED STATES DISTRICT COURT

for the

Northern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>DAMON WESLEY POWERS<br>*Defendant* | )<br>)<br>)   Case No. 26-CR-2015<br>)<br>) |

## ARREST WARRANT

**RECEIVED**
By USMS at 3:48 pm, Apr 08, 2026

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Damon Wesley POWERS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Receipt of Child Pornography in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1);
Possession of Child Pornography in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

Date:  04/07/2026

                *Issuing officer's signature*

City and state:   Cedar Rapids, Iowa          Mark A. Roberts, U.S. Magistrate Judge
                                      *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  4/7/26  , and the person was arrested on *(date)*  4/13/26<br>at *(city and state)*  Osage, Iowa<br><br>Date:  4/13/26<br>                            *Arresting officer's signature*<br><br>                  Special Agent Chis Forsyth- Iowa DCI<br>                            *Printed name and title* |