# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
### EASTERN   DIVISION

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>DAMON WESLEY POWERS,<br>Defendant. | **HEARING MINUTES**   Sealed:   No |
|---|---|
| | Case No.:   6:26-cr-2015-LTS-MAR |
| | Presiding Judge:   Mark A. Roberts, Magistrate |
| | Deputy Clerk:   Paul Coberly |
| | Official Court Record:   FTR Gold         Contract?   -- |
| | Contact Information:                          -- |

| Date: | 4/17/2026 | Start: | 2:34 PM | Adjourn: | 3:16 PM | Courtroom: | 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | | -- | | Telephonic? | No |

| Appearances: | Plaintiff(s): | AUSA Devra Hake | | | | | |
|---|---|---|---|---|---|---|---|
| | Defendant(s): | AFPD Christopher J. Nathan (Defendant appears personally) | | | | | |
| | U.S. Probation: | Amy Moser | | | | | |
| | Interpreter: | -- | Language: | -- | Certified: | -- | Phone: | -- |

| TYPE OF PROCEEDING: | PRELIMINARY EXAMINATION | | DETENTION | X | REVOCATION | |
|---|---|---|---|---|---|---|

| | | Contested? | Yes | Continued from a previous date? | No |
|---|---|---|---|---|---|

| Moving party: | Plaintiff | |
|---|---|---|
| Nature of proceedings: | | Ruling: |
| Preliminary examination | | |
| Review of detention or conditions | X | Court finds that the Defendant does not pose a risk of non-appearance; however, Defendant does pose a danger to the community. Defendant remains detained. |
| Review of pre-trial release | | |
| Review of supervised release | | |

| **Witness/Exhibit List is** | attached |
|---|---|

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| **Miscellaneous:** | Ms. Hake proffers the pre-trial services report. No objection from Mr. Nathan. Court will take formal notice of the report.<br><br>Ms. Hake calls Special Agent Chris Forsyth. Direct. (2:35-2:44 PM). Cross (2:44-2:50 PM). Re-direct (2:50-2:50 PM). No further cross. Questioning by the Court (2:50-2:52 PM). Re-direct (2:52-2:52 PM). Re-cross (2:52-2:54 PM). Questioning by the Court (2:54-2:55 PM). Special Agent Forsyth excused.<br><br>Proffer by Mr. Nathan. No objection from Ms. Hake.<br><br>Court hears argument. |
|---|---|

Case 6:26-cr-02015-LTS-MAR     Document 19     Filed 04/17/26     Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DAMON WESLEY POWERS,

Defendant.

Hearing Date    4/17/2026

### WITNESS & EXHIBIT LIST

| | |
|---|---|
| Case No. | 6:26-cr-2015-LTS-MAR |
| Presiding Judge | Mark A. Roberts, Magistrate |
| Deputy Clerk | Paul Coberly |
| Court Reporter | FTR Gold |
| Plaintiff's Attorney | AUSA Devra Hake |
| Defendant's Attorney | AFPD Christopher J. Nathan |

| # | **PLAINTIFF** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1 | Chris Forsyth – Special Agent, Iowa DCI | 4/17/2026 | 2:35 PM | 4/17/2026 | 2:55 PM |

| # | **DEFENSE** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| | -- | | | | |

*Exhibit Receipted to Task Force Officer

**A**=Admitted; **APT**=Admitted at Pre-Trial; **RSO**=Received Subject to Objection; **OS**=Objection Sustained

| Marked | **COURT** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| | -- | | |

| Marked | **PLAINTIFF** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| 1 | **SEALED** Spreadsheet (on Clerk's Storage Drive) | 4/17/2026 | A |

| Marked | **DEFENSE** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| | -- | | |