IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.:  26-CR-2015 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | MOTION TO CONTINUE TRIAL AND |
| DAMON WESLEY POWERS, | ) | ALL TRIAL-RELATED DEADLINES |
| | ) | |
| Defendant. | ) | |

Comes now, counsel for Defendant Damon Wesley Powers, and respectfully moves to continue the trial and all trial-related deadlines, and in support states as follows:

1. Mr. Powers was indicted on April 7, 2026, in a two-count indictment. Mr. Powers was charged with receipt of child pornography in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1) and possession of child pornography in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2). He had an arraignment on April 14 2026, and pleaded not guilty.  Mr. Powers is currently detained pending trial.

2. Trial is set for the two-week period beginning June 15, 2026.  Trial motions are due May 28, 2026, and Mr. Powers's deadline to file a status report or accept responsibility is May 26, 2026.  Mr. Powers requests an extension of these deadlines by at least 60 days.

3.  Continuing the Trial and extending the time for any trial-related deadlines is in the interests of justice and will not prejudice the Government.

4. In order to permit Mr. Powers an opportunity to determine whether or not he wishes to take his case to trial, and in order to permit the parties more time to determine whether a plea

1

agreement can be reached, Mr. Powers requests an extension of the trial date and trial-associated deadlines. Mr. Powers requests an extension of these deadlines by at least 60 days.

5. The undersigned has contacted Assistant United States Attorney Devra Hake and she has no objection to this motion.

6. The undersigned is unavailable July 7 through July 18.

7. No prior motion to continue has been filed.

WHEREFORE, for the foregoing reasons, Defendant Damon Wesley Powers, through counsel, moves to continue the trial date and all trial-related deadlines as requested herein.

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA  52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/   Christopher J. Nathan
CHRISTOPHER J. NATHAN
christopher_nathan@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on May 22, 2026, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

By:   /s/ Melissa Dullea

2