IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.:  26-CR-2015 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | NOTICE OF INTENT TO |
| DAMON WESLEY POWERS, ) | PLEAD GUILTY |
| ) | |
| Defendant. ) | |

Damon Wesley Powers, through counsel, hereby notifies the Court and the government of his intent to plead guilty.  The Court may remove this case from the August 17, 2026, trial schedule. *See* USSG §3E1.1(b)(2).

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA   52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/   Christopher J. Nathan
CHRISTOPHER J. NATHAN
christopher_nathan@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on June 24, 2026, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

By:   */s/ Melissa Dullea*